IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN VASQUES,<br><br>         Plaintiff,<br><br>   v.<br><br>MASS GENERAL BRIGHAM INC.,<br><br>         Defendant. | Civil Action No.  1:22-cv-12229-NMG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Colleen Vasques and Defendant Mass General Brigham Incorporated stipulate to the voluntary dismissal of all of Plaintiff's claims against Defendant in this action with prejudice, and without costs or attorneys' fees to any party.  Plaintiff and Defendant hereby waive all rights of appeal from the entry of such dismissal.

| COLLEEN VASQUES,<br>By her attorneys, | MASS GENERAL BRIGHAM INCORPORATED,<br>By its attorneys, |
|---|---|
| */s/ Brian P. Benestad*<br>Brian P. Benestad (BBO# 673787)<br>Katherine A. Davenport (BBO # 647467)<br>HKM Employment Attorneys LLP<br>10 High Street, Suite 401<br>Boston, MA 02110<br>Tel.: 6412-485-0133<br>bbenestad@khm.com<br>kdavenport@hkm.com | */s/ Michael E. Steinberg*<br>Kristin G. McGurn (BBO# 559687)<br>Dawn R. Solowey (BBO# 567757)<br>Michael E. Steinberg (BBO# 690997)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210<br>Tel.:  (617) 946-4800<br>Fax:  (617) 946-4801<br>kmcgurn@seyfarth.com<br>dsolowey@seyfarth.com<br>msteinberg@seyfarth.com |

Dated:  August 23, 2023

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on August 23, 2023.

                                        */s/ Katherine A. Davenport*_____
                                        Katherine A. Davenport